UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLENE WOLF, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>CORDIS CORPORATION, et al.,<br><br>           Defendants. | Case No. 17-cv-01321-EMC<br><br>**ORDER REMANDING CASE** |

For the reasons stated in this Court's September 23, 2016, Order in *Dunson v. Cordis*, C16-3076-EMC, Docket No. 53, the Court hereby **REMANDS** this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: March 30, 2017

_____
EDWARD M. CHEN
United States District Judge